James v. Adams.

No. 27,395.

W. O. JAMES, *Appellant* and *Cross Appellee,* v. E. F. ADAMS et al., *Appellees,* and C. L. KING, H. F. FERRY and L. D. HADLEY, *Cross Appellants.*

No. 27,396.

A. E. LLOYD, *Appellant* and *Cross Appellee,* v. E. F. ADAMS et al., *Appellees,* and C. L. KING, H. F. FERRY and L. D. HADLEY, *Cross Appellants.*

No. 27,397.

ALICE M. RAMSEY, *Appellant* and *Cross Appellee,* v. E. F. ADAMS et al., *Appellees,* and C. L. KING, H. F. FERRY and L. D. HADLEY, *Cross Appellants.*

No. 27,398.

M. R. CHASTAIN, *Appellant* and *Cross Appellee,* v. E. F. ADAMS et al., *Appellees,* and C. L. KING, H. F. FERRY and L. D. HADLEY, *Cross Appellants.*

Appeal from Butler district court; ALLISON T. AYRES, judge. Opinion filed February 12, 1927. Affirmed in part and reversed in part.

*John J. Jones,* of Chanute, *B. R. Leydig* and *K. M. Geddes,* both of El Dorado, for the appellants W. C. James, A. E. Lloyd, Alice M. Ramsey and M. R. Chastain.

*C. L. Harris,* of El Dorado, *Bennett R. Wheeler, S. M. Brewster* and *John L. Hunt,* all of Topeka, for the appellee C. L. Harris, executor of the estate of T. A. Kramer, deceased.

*J. B. McKay,* of El Dorado, for the appellee E. F. Adams and cross appellants C. L. King and H. F. Ferry; *L. J. Bond,* of El Dorado, for cross appellant L. D. Hadley.

Memorandum decision announced by

HOPKINS, J.: These cases are similar to and the decisions therein controlled by the decision in *Ramsey v. Adams et al.,* ante, p. 675, just decided.

Following the decision in that case, the judgments in favor of C. L. Harris as executor of the estate of T. A. Kramer, deceased, are reversed and the cases remanded, with instructions to render judgment for plaintiffs. Otherwise they are affirmed.